IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CT-3021-FL

| | |
|---|---|
| CHARLES EVERETTE HINTON, WILLIAM TURNER BROOM, QUADIUS NATHANIEL GAINES, KENNETH LEONARD DUNBAR, WAYNE THEODORE MERCER, TRACY GREGORY LEWIS, EDWARD BEATY, BYRON McNEELY, CHARLES GARRETT WORTHINGTON, GARY ANDREW LONG, HERBERT FULLARD, JOSHUA RANDALL CLARK, DANIEL WALL, MICHAEL COLLINS WILSON, ERNEST ORLANDO LEE, BRIAN K. GIBSON, DANIEL GREEN, RAMEEN SWINDELL, DEDRIC McKENZIE, JORGE GOMEZ ROSALES, MICHAEL WEST MILLER, and RASHIEM D. MOORING, <br><br>     Plaintiffs, <br><br>  v. <br><br>ROY COOPER, ERIK A. HOOKS, JOHN HERRING, and STATE OF NORTH CAROLINA, <br><br>     Defendants. | ORDER |

  Plaintiffs, state inmates proceeding pro se, commenced this civil rights action by filing complaint on January 19, 2021. On May 5, 2021, the court dismissed the action because plaintiffs failed to comply with the court's prior orders directing them to correct deficiencies in their filings. Plaintiff Charles Hinton filed the instant motion for reconsideration (DE 26) on May 12, 2021.

The motion is without merit where plaintiff Hinton fails to establish that the court committed an error of law or fact. Plaintiff Hinton also has not even attempted to comply with the prior deficiency orders. Accordingly, the motion (DE 26) is DENIED.

    SO ORDERED, this the 31st day of May, 2022.

                                              LOUISE W. FLANAGAN
                                              United States District Judge